# EXHIBIT "A"

# STATE COURT OF COBB COUNTY
# STATE OF GEORGIA

CIVIL ACTION NUMBER  21-A-805

$198.00 COST PAID

Jeveli, Mirian

**PLAINTIFF**

VS.

Dollar Tree Stores, Inc.

**DEFENDANT**

**SUMMONS**

TO: DOLLAR TREE STORES, INC.

You are hereby summoned and required to file with the Clerk of said court and serve upon the Plaintiff's attorney, whose name and address is:

> Robert Pagniello
> The Law Offices of Robert R. Pagniello
> 651 Exchange Place
> Lilburn, Georgia 30047

an answer to the complaint which is herewith served upon you, within 30 days after service of this summons upon you, exclusive of the day of service. If this action pertains to a Protective Order, the Answer is to be filed and served on or before the scheduled hearing date attached. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

**This 4th day of March, 2021.**

Clerk of State Court



Robin C. Bishop, Clerk of State Court
Cobb County, Georgia

12 East Park Square, Marietta, Georgia 30090-9630
(770) 528-1220 Building B, First Floor-Civil Division

Page 1 of 1

EFILED IN OFFICE
CLERK OF STATE COURT
COBB COUNTY, GEORGIA

**21-A-805**

MAR 03, 2021 03:07 PM

Robin C. Bishop, Clerk of State Court
Cobb County, Georgia

## IN THE STATE COURT OF COBB COUNTY
## STATE OF GEORGIA

| | | |
|---|---|---|
| MIRIAN JEVELI, | * | |
| | * | |
| Plaintiff, | * | CIVIL ACTION |
| | * | |
| v. | * | FILE NO. _____ |
| | * | |
| DOLLAR TREE STORES, INC. | * | |
| | * | (JURY TRIAL DEMANDED) |
| Defendant. | * | |

### COMPLAINT FOR DAMAGES

**COMES NOW**, Plaintiff MIRIAN JEVELI by and through her counsel of record, and files this Complaint against DOLLAR TREE STORES, INC. ("Defendant"), showing as follows:

### JURISDICTION AND VENUE

1.

Plaintiff is, and at all times material to this action was, citizens and residents of the State of Georgia and who resides at 1035 Franklin Gateway Se, Apt. M15, Marietta, GA 30067 ; by filing this Complaint do hereby consent to the jurisdiction of this Court.

2.

Defendant may be served at 40 Technology Pkwy South, #300, Norcross, GA 30092 by Registered Agent Corporation Service Company and is subject to the jurisdiction of this Court the alleged incident on the property they had in Cobb County located at 1453 Terrell Mill Rd, Suite 107, Marietta, GA 30067.

3.

Venue and Jurisdiction in the above-styled civil action is proper in this County and Court.

## FACTUAL ALLEGATIONS

4.

Plaintiff's re-allege and incorporate herein the allegations contained in paragraphs 1 through 3 above as if fully restated.

5.

On December 14, 2019, Plaintiff was shopping in Defendant's store, Dollar Tree, located at 1453 Terrell Mill Rd, Suite 107, Marietta, GA 30067.

6.

Plaintiff slipped on the floor due to hair jell that had been spilled.

7.

The floor was wet from spilled liquids.

8.

A wet floor sign was not posted, nor any other warnings listed, and Plaintiff was unaware of the hazard.

9.

Plaintiff suffered injuries and has incurred medical expenses, lost wages, and pain and suffering due to the fall.

## COUNT 1
## NEGLIGENCE

10.

Plaintiff's re-allege and incorporate herein the allegations contained in the paragraphs 1 through 9 above as if fully restated.

11.

Defendant has a duty to maintain the premises of its stores' so it is free from dangerous conditions for invitees it knew about or should have known about.

12.

Defendant committed a breach of said duty by leaving the liquid substance on the floor and/or failure to instruct customers to stay away from the wet floor.

13.

As a direct and proximate result of this breach of duty owed to Plaintiff, Plaintiff fell and has suffered injuries that have resulted in medical expenses and lost wages. The Plaintiff also has damages in the form of pain and suffering.

**PRAYER FOR RELIEF**

**WHERFORE**, Plaintiff respectfully prays for a jury trial on all issues and a judgment against Defendant, as provided by law, as follows:

(a) That Defendant be served with Summons, Process, and a copy of this Complaint for Damages and Demand for Jury Trial;

(b) That Defendant be required to appear and answer Plaintiff's Complaint for Damages and Demand for Jury Trial;

(c) That service be had upon Defendant;

(d) That Plaintiff be granted a trial by jury as this Court deems just and equitable under all circumstances alleged;

(e) That Plaintiff recover special damages, including medical expenses and lost wages in an amount to be proven at trial;

(f) That Plaintiff recover for pain and suffering;

(g)   That Plaintiff recover costs of litigations, attorney's fees and expenses;

(h)   That Plaintiff has such other and further relief that may be deemed just and proper; and

(i)   That all issues be tried before a jury.

Respectfully submitted this __3__ day of __March__, 2021.

/s/ Stav Bottner
Stav Bottner
Georgia Bar No.: 328587
Attorney for Plaintiff

*The Law Offices of Robert Pagniello*
651 Exchange Place NW
Lilburn, Georgia 30047
Telephone: (770) 982-2252
Facsimile: (770) 982-2544
Email: sbottner@pagniellolegal.com

4