IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF GEORGIA

ATLANTA DIVISION

| | |
|---|---|
| MIRIAN JEVELI,<br><br>    Plaintiff,<br><br>v.<br><br>DOLLAR TREE STORES, INC.,<br><br>    Defendants. | Civil Action<br>File No.:    1:21-cv-01158-WMR |

## STIPULATED DISMISSAL

COME NOW the Parties and they stipulate and agree that the Clerk dismiss with

prejudice the case.

This 21st day of December, 2021.

> Goodman McGuffey LLP
> Attorneys for Dollar Tree Stores, Inc.

Prepared and Consented By:    */s/James T. Hankins, III*
                              JAMES T. HANKINS, III
                              GA State Bar No.  188771
                              jhankins@GM-LLP.com
                              3340 Peachtree Road NE, Suite 2100
                              Atlanta, GA 30326-1084
                              (404) 264-1500 Phone
                              (404) 264-1737 Fax

Consented to By:                    */s/E. Gilmore Maxwell(with exp permission)*
                                    E. GILMORE MAXWELL, ESQ.
                                    Georgia Bar No.: 478740
                                    651 Exchange Place, N.W.
                                    Lilburn, GA 30047
                                    (770) 982-2544 Phone
                                    (770) 982-2544 Fax
                                    *Attorney for Plaintiffs*

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF GEORGIA

ATLANTA DIVISION

| | |
|---|---|
| MIRIAN JEVELI, | |
| Plaintiff, | Civil Action<br>File No.:     1:21-cv-01158-WMR |
| v. | |
| DOLLAR TREE STORES, INC., | |
| Defendants. | |

## RULE 7.1 CERTIFICATE OF COMPLIANCE

The foregoing document is double spaced in 14 point Times New Roman font

and complies with the type-volume limitation set forth in Local Rule 5.1C.


                                        *s/JAMES T. HANKINS, III*
                                        James T. Hankins, III
                                        Goodman McGuffey LLP
                                        3340 Peachtree Road NE, Suite 2100
                                        Atlanta, GA 30326-1084
                                        (404) 264-1500 Phone
                                        (404) 264-1737 Fax
                                        Email:  jhankins@GM-LLP.com

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF GEORGIA

ATLANTA DIVISION

| | |
|---|---|
| MIRIAN JEVELI,<br><br>    Plaintiff,<br><br>v.<br><br>DOLLAR TREE STORES, INC.,<br><br>    Defendants. | Civil Action<br>File No.:    1:21-cv-01158-WMR |

## CERTIFICATE OF SERVICE

This is to certify that I electronically filed this **Stipulated Dismissal** with the

Clerk of Court using the CM/ECF system which will automatically send e-mail

notification of such filing to the following attorneys of record:

E. Gilmore Maxwell, Esq.
The Law Offices of Robert R. Pagniello, P.C.
651 Exchange Place
Lilburn, GA  30047
gil@maxwellfirm.com

This 21st day of December, 2021.

- 2 -

- 3 -

*/s/James T. Hankins, III*
JAMES T. HANKINS, III
GA State Bar No.  188771
jhankins@GM-LLP.com
Goodman McGuffey LLP
3340 Peachtree Road NE, Suite 2100
Atlanta, GA 30326-1084
(404) 264-1500 Phone
(404) 264-1737 Fax